UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH O'CONNOR, | ) **COURTESY COPY** |
| Plaintiff, | ) |
| | ) Case No.: 09-cv-9632 |
| v. | ) |
| BAYER CORPORATION, et al., | ) |
| Defendants. | ) |

## ORDER

AND NOW, this ___ of December 2009, upon consideration of the motion of defendants Bayer Corporation and Bayer HealthCare Pharmaceuticals Inc., f/k/a Berlex Lab, and f/k/a Berlex Inc. ("Bayer defendants"), to stay the proceedings in this action, it is hereby **ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** that all proceedings in this action, including but not limited to any case management deadlines and any Rule 26 disclosure obligations, are hereby **STAYED** pending transfer of this action to MDL-2100, established in the United States District Court for the Southern District of Illinois and titled *In re Yasmin and YAZ (Drospirenone) Marketing, Sales Practices and Products Liability Litigation*. All pending dates and deadlines are hereby **VACATED**.

BY THE COURT:

_____
ROBERT W. SWEET, U.S.D.J.

12·9·09

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/09

657759.1

RECEIVED
DEC 0 8 2009